UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

AMERICAN REFINING AND
BIOCHEMICAL, INC.,

        Plaintiff,

vs.

CYCLE POWER PARTNERS, LLC,

        Defendant.
_____/

Case No. **3:20-cv-00208-YY**

AFFIDAVIT OF SERVICE

STATE OF OREGON
County of Multnomah      ss.

I, Edmund Knowles, being first duly sworn, depose and say that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an officer, director, or employee of, nor an attorney for any party, corporate or otherwise; that I made service of a true copy of:

    *Summons in a Civil Action and Complaint; Plaintiff's Corporate Disclosure; Civil Cover Sheet; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Fed. R. Civ. P. 26(a)(1) Discovery Agreement; Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route; U.S. District Court - Oregon - Civil Case Management Time Schedules*

Upon **CYCLE POWER PARTNERS, LLC**, by personal service upon Theresa Whisenhunt, the clerk on duty in the office of the registered agent, Northwest Registered Agent LLC, 5305 River Rd N Ste B, Keizer, OR 97303 on February 12, 2020 at 12:45 PM.

I declare under the penalty of perjury that the above statement is true and correct.

SUBSCRIBED AND SWORN BEFORE ME
this 13th day of February, 2020
by Edmund Knowles.

_____
Notary Public

X_____
Edmund Knowles
Nationwide Process Service, Inc.
1201 S.W. 12th Avenue, Suite 300
Portland, OR 97205
503-241-0636

OFFICIAL STAMP
SAMANTHA JO DAHL OLSON
NOTARY PUBLIC-OREGON
COMMISSION NO. 978868
MY COMMISSION EXPIRES SEPTEMBER 17, 2022



*349291*