UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

AMERICAN REFINING AND
BIOCHEMICAL, INC., a Pennsylvania
corporation,

                  Plaintiff,

    vs.

CYCLE POWER PARTNERS, LLC,
a Delaware limited liability company,

      Defendants
_____

CASE NO. 3:20-cv-00208-YY

DEFAULT JUDGMENT

This matter having come before the Court on plaintiff's Complaint; defendant having
failed to appear within the time allowed by law and a default having entered against defendant;
plaintiff having moved for entry of default judgment against defendant; and the Court being fully
advised; now, therefore,

JUDGMENT IS HEREBY ENTERED in favor of plaintiff, American Refining and
Biochemical, Inc., a Pennsylvania corporation, and against defendant, Cycle Power Partners,

/ / /

/ / /

LLC, a Delaware limited liability company, for damages in the principal amount of $105,000.00, plus prejudgment interest in the amount of $_____, plus plaintiff's costs and disbursements.

DATED: _____, 2020.

_____
Honorable Youlee Yim You