- Search entity
- Select entity
- **Order documents**

# Order Business Documents



**Date**: 01/20/2020

## Business Name History

| Name |
|---|
| AMERICAN REFINING AND BIOCHEMICAL, INC. |

## Business Entity Details

## Officers

| Name | AMERICAN REFINING AND BIOCHEMICAL, INC. |
|---|---|
| **Entity Number** | 2714275 |
| **Entity Type** | Business Corporation |
| **Status** | Active |
| **Citizenship** | Domestic |
| **Entity Creation Date** | 09/12/1996 |

|  |  |
|---|---|
| **Effective Date** | 09/12/1996 |
| **State Of Inc** | PA |
| **Address** | 100 FOUR FALLS CORPORATE CENTER STE 215 WEST CONSHOHOCKEN PA 19428-818 Montgomery |
| **Name** | CAROL WHITE |
| **Title** | SECRETARY |
| **Address** | 100 4 FALLS CORPORATE CTR W CNSHOHOCKEN PA 19428-2950 |
| **Name** | JOHN C TRINKL |
| **Title** | TREASURER |
| **Address** | 100 4 FALLS CORPORATE CTR W CNSHOHOCKEN PA 19428-2950 |
| **Name** | KATHRYN COFFEY |
| **Title** | PRESIDENT |
|  |  |