**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 5422388 | Incorporation Date / Formation Date: | 10/28/2013 (mm/dd/yyyy) |
| Entity Name: | CYCLE POWER PARTNERS, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | NORTHWEST REGISTERED AGENT SERVICE, INC. | | |
| Address: | 8 THE GREEN, STE B | | |
| City: | DOVER | County: | Kent |
| State: | DE | Postal Code: | 19901 |
| Phone: | 302-581-4070 | | |