Business Registry Business Name Search

[New Search]   Business Entity Data   12-27-2019 15:44

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 1133060-96 | FLLC | ACT | DELAWARE | 07-29-2015 | 07-29-2020 | |

| Entity Name | CYCLE POWER PARTNERS, LLC |
|---|---|
| Foreign Name | |

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | |
|---|---|---|---|---|
| Addr 1 | 2801 NW NELA STREET | | | |
| Addr 2 | | | | |
| CSZ | PORTLAND | OR | 97210 | Country UNITED STATES OF AMERICA |

| Type | AGT | REGISTERED AGENT | Start Date | 07-29-2015 | Resign Date | |
|---|---|---|---|---|---|---|
| Of Record | [513290-93] | NORTHWEST REGISTERED AGENT LLC | | | | |
| Addr 1 | 5305 RIVER RD N STE B | | | | | |
| Addr 2 | | | | | | |
| CSZ | KEIZER | OR | 97303 | | Country UNITED STATES OF AMERICA | |

| Type | MAL | MAILING ADDRESS | | |
|---|---|---|---|---|
| Addr 1 | 2801 NW NELA STREET | | | |
| Addr 2 | | | | |
| CSZ | PORTLAND | OR | 97210 | Country UNITED STATES OF AMERICA |

EXHIBIT F, p. 1 of 3

| Type | MEM | MEMBER | | | Resign Date | |
|---|---|---|---|---|---|---|
| Of Record | 655517-99 | NATURAL CAPITAL PARTNERS, LLC | | | | |
| Addr 1 | 2801 NW NELA ST | | | | | |
| Addr 2 | | | | | | |
| CSZtd> | PORTLAND | OR | 97210 | Country | UNITED STATES OF AMERICA | |
| Type | MGR | MANAGER | | | Resign Date | |
| Name | PETER | P | BLOOD | | | |
| Addr 1 | 2801 NW NELA ST | | | | | |
| Addr 2 | | | | | | |
| CSZ | PORTLAND | OR | 97210 | Country | UNITED STATES OF AMERICA | |

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| CYCLE POWER PARTNERS, LLC | EN | CUR | 07-29-2015 | |

Summary History

| Image Available | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| 📄 | AMENDED ANNUAL REPORT | 08-15-2019 | | FI | | |
| 📄 | REINSTATEMENT AMENDED | 10-23-2018 | | FI | | |
| | ADMINISTRATIVE REVOKE AUTHORITY | 09-27-2018 | | SYS | | |

| | | | | |
|---|---|---|---|---|
| | REINSTATEMENT AMENDED | 12-27-2017 | FI | |
| | | | | |
| | ADMINISTRATIVE REVOKE AUTHORITY | 09-28-2017 | SYS | |
| | REINSTATEMENT AMENDED | 01-23-2017 | FI | |
| | ADMINISTRATIVE REVOKE AUTHORITY | 09-29-2016 | SYS | |
| | APPLICATION FOR AUTHORITY | 07-29-2015 | FI | Agent |